No. 00M10.   SARTORIUS ET VIR *v.* SAPIR, CHAPTER 13 TRUSTEE;

No. 00M12.   SMITH *v.* SPIVEY ET AL.;

No. 00M14.   SIMMONS *v.* OFFICE OF PERSONNEL MANAGEMENT;

No. 00M16.   BROWN *v.* INDIANA DEPARTMENT OF CORREC-TIONS ET AL.;

No. 00M17.   ALEXANDER *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. 00M18.   SHARP *v.* DARE COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.;

No. 00M19.   STROM *v.* MITCHELL ET AL.;

No. 00M20.   VINCENT *v.* JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. 00M21.   SIMS, PERSONAL REPRESENTATIVE FOR THE ES-TATE OF RADCLIFF *v.* GREENVILLE COUNTY, SOUTH CAROLINA;

No. 00M22.   PHILIP *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.;

No. 00M23.   SANCHEZ *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY; and

No. 00M24.   ODUS *v.* UNITED STATES.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00M6.   IN RE CLANCY.   Motion to direct the Clerk to file motion for leave to intervene in No. 99–830, *Stenberg, Attorney General of Nebraska, et al.* v. *Carhart* [530 U. S. 914], and other relief denied.

No. 00M7.   IN RE CLANCY.   Motion for leave to file declaration and other relief denied.

No. 00M11.   BUCHANAN *v.* DOE.   Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 00M13.   SEALED PETITIONER *v.* UNITED STATES.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 00M15.   D. S. *v.* DISTRICT OF COLUMBIA.   Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 126, Orig.   KANSAS *v.* NEBRASKA ET AL.   Motion of Ne-braska for leave to file first amended answer, counterclaim, and